IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-08-060 |
| | § | |
| JOSE VILLATORO-ESCOBAR | § | |

**O R D E R**

Defendant filed an unopposed motion for continuance, (Docket Entry No. 26). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions to be filed by: | **July 21, 2008** |
| Responses to be filed by: | **August 4, 2008** |
| Pretrial conference is reset to**:** | **August 11, 2008, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **August 18, 2008, at 9:00 a.m.** |

SIGNED on June 18, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge