IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. H-08-060 |
| | § |
| JOSE VILLATORO-ESCOBAR | § |

**O R D E R**

Counsel for the defendant filed a notice of appeal and an unopposed motion to withdraw as counsel of record. (Docket Entry No. 52). The motion is granted. Steve Rozan is withdrawn as counsel. The magistrate judge will appoint new counsel for the defendant for appeal purposes.

SIGNED on February 24, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge